UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: CILENTI & COOPER, PLLC

---

AMADO MUNGUIA REYES, ON BEHALF OF HIMSELF AND OTHERS
SIMILARLY SITUATED

                                              Plaintiff(s)

               - against -

Index # 2:21-CV-06413 (JMA)(AYS)

Purchased November 19, 2021

BELLEROSE HALAL MEAT INC., ETAL

                                       Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 21, 2021 at 04:51 PM at

C/O HICKSVILLE SUPER HALAL MEAT INC.
410 SOUTH BROADWAY
HICKSVILLE, NY 11801

deponent served the within SUMMONS AND COMPLAINT on MUHAMMAD AWAN therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to IMRAN AHMAD a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|---------------|------------------|------------------|
| MALE | BROWN | BLACK | 45 | 5'9 | 180 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O HICKSVILLE SUPER HALAL MEAT INC.
410 SOUTH BROADWAY
HICKSVILLE, NY 11801

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 22, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  December 22, 2021

                                                         **DAVID KLEINBERG**

JOSEPH KNIGHT                 VINETTA BREWER
Notary Public, State of New York     Notary Public, State of New York
No. 01KN6178241              No. 01BR4949206
Qualified In New York County      Qualified in Bronx County
Commission Expires November 26, 2023  Commission Expires April 3, 2023            Invoice #: 775960

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045